LAW OFFICE OF
# JOHN F. CARMAN
666 OLD COUNTRY ROAD
SUITE 501
GARDEN CITY, NEW YORK 11530-2004

JAMES E. NEUMAN
*Of Counsel*

(516) 683-3600
TELECOPIER
(516) 683-8410

November 24, 2004

**VIA FACSIMILE** (631) 712-5677
Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
200 Federal Plaza
Central Islip, New York 11722

RECEIVED
HON. JAMES ORENSTEIN
★ NOV 24 2004 ★

## RE: VALERIE DONOFRIO
### Docket # 03-1576

Dear Judge Orenstein:

I represent Valerie Donofrio, a criminal defendant in the above captioned matter. Mrs. Donofrio asked me to submit a letter seeking permission to travel to the island of Aruba with her family from November 28th to December 4, 2004. In order to make the trip she will require the return of her passport which was surrendered to the Pre-trial Service Agency.

I have sought and obtained the consent of Assistant United States Attorney Richard Donoghue on behalf of the government. I apologize for the timing of this request.

Thank you for your consideration.

Very truly yours,

JOHN F. CARMAN
(JC 7149)

So ordered. Ms. Donofrio must surrender her passport promptly upon her return to the United States.

USMJ 11/24/04

cc: Richard Donoghue
    Assistant United States Attorney

    Anna Vigliotti
    Pre-trial Services Officer

JFC/ams